UNITED STATES DISTRICT COURT
SOUTHERN DISITRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRANDY GIBSON and VICKIE COX, *individually and on behalf of others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>JAVITCH BLOCK, LLC,<br><br>Defendants. | Civil Action No. 2:18-cv-00320-MJD-RLM |

**MOTION TO AWARD ATTORNEYS' FEES AND COSTS**

Class Counsel hereby submits this motion, pursuant to F.R.C.P. Rules 23(h) and 54(d)(2), to award attorneys' fees and costs for the litigation of this matter. In support of this motion, Class Counsel states:

1. The Class Action Complaint in this matter was filed on July 17, 2018. (ECF No. 1).

2. The Settlement Agreement, with an effective date of February 15, 2019, provided that Defendant shall pay $3,150 to each of the two named Plaintiffs in recognition of their efforts on behalf of the Settlement Class (Settlement Agreement ¶ 9, ECF No. 37-1). Defendant bore the cost of distributing the class notice/administration process. (*Id.* ¶ 22(b)). Defendant agreed not to contest an award of reasonable attorney fees up to $34,000. (*Id.* ¶ 23).

3. Accordingly, attached are the Declaration of Duran L. Keller and the Declaration of Yongmoon Kim, collectively as Class Counsel, and accompanying exhibits, which details their qualifications and their time and expense records. These records show that Class Counsel has incurred more than $34,000 in fees and costs in prosecution and settlement of this matter.

WHEREFORE, Class Counsel hereby requests that this Court award them $34,000 for their attorneys' fees and costs.

                Respectfully submitted,

DATED: June 21, 2019          KIM LAW FIRM LLC

                */s/ Yongmoon Kim*
                Yongmoon Kim, Esq. (NJ Attorney ID #026122011)
                KIM LAW FIRM LLC
                411 Hackensack Avenue, Suite 701
                Hackensack, New Jersey 07601
                Tel & Fax: 201-273-7117
                Email: ykim@kimlf.com

                KELLER LAW

                */s/ Duran L. Keller*
                Duran L. Keller, Esq. (#31743-79)
                8 N. Third Street, Suite 403
                Lafayette, Indiana 47901
                Telephone: (765) 444-9202
                Facsimile: (765) 807-3388
                Email: duran@kellerlawllp.com

## CERTIFICATE OF SERVICE

I, Yongmoon Kim, hereby affirm under the penalties of perjury that on June 21, 2019, I caused a copy of the foregoing documents to be served on the following counsel of record by electronic mail:

Peter A. Velde, Esq.
Nicholas W. Levi, Esq.
KNIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204

Daniel Andrew Bogatz, Esq.
Michael D. Slodov, Esq.
JAVITCH BLOCK, LLC
1100 Superior Avenue, 19th Floor
Cleveland, Ohio 44114

In accordance with 28 U.S.C. §1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 21st day of June 2019.

*/s/ Yongmoon Kim*
Yongmoon Kim